

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00432-CV

**IN THE INTEREST OF A.G.G., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00058
Norma Gonzales, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. The clerk's record was filed on July 11, 2017 and shows appellant filed a notice of appeal on July 3, 2017, in which he contends he is appealing an "order of termination or conservatorship, found by a jury on or about June 13, 2017." However, the clerk's record does not include a final order of termination signed by the trial court. The clerk's office of this court contacted the district clerk's office by telephone and was advised that no order of termination has been signed.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because it appears there is no final order of termination in the clerk's record, it appears there is no final judgment from which appellant may appeal at this time.

Accordingly, we **ORDER** appellant to file a written response in this court on or before **July 31, 2017**, showing cause why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See id.* R. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, appellant, appellee, and the district clerk.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk